

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan A Lopez | Civil Action No. 18cv397-MMA(BGS) |
| **Plaintiff,** | |
| V. | |
| USA | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court construes Lopez's pleading as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, grants Lopez's motion for leave to proceed in forma pauperis, and summarily dismisses his petition without prejudice and without leave to amend.

Date: 2/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy